IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01690-WDM-BNB

RYAN E. BECK,

Petitioner,

v.

E.J. GALLEGOS,

Respondent.

_____

**ORDER**
_____

This matter is before me on the **Motion to Seal Exhibit (SIS Report) for *In Camera* Review** and the **Motion to Accept Confidential Report in Lieu of Videotape**, both filed March 28, 2005.

IT IS ORDERED that the Motion to Seal Exhibit (SIS Report) for In Camera Review is GRANTED.

IT IS FURTHER ORDERED that the Motion to Accept Confidential Report in Lieu of Videotape is DENIED AS MOOT.

Dated September 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge